**Michael D. WELLS; Paula Wells, Plaintiffs–Appellants,**

v.

**GENERAL ELECTRIC COMPANY, a Corporation, Defendant & Third Party Plaintiff–Appellee,**

v.

**MONTEL METALS INCORPORATED, Third Party Defendant.**

**No. 93–1029.**

United States Court of Appeals, Fourth Circuit.

Argued Sept. 29, 1993.

Decided Nov. 30, 1993.

William Charles Moyer, Lorch & Naville, New Albany, IN, argued (John J. Pyne, Pyne & Derry, P.C., Chevy Chase, MD, on brief), for plaintiffs-appellants.

Kent A. Gardiner, argued (Jonathan H. Pittman, on brief), Crowell & Moring, Washington, DC, for plaintiff-appellee.

---

Before ERVIN, Chief Judge, and MURNAGHAN and WILKINS, Circuit Judges.

## OPINION

PER CURIAM:

Having considered the record in this case and the briefs, and after oral argument, we are of the opinion that the decision of the district court should be affirmed.

Accordingly, we affirm, adopting the opinion of the district court, *Wells v. General Elec. Co.*, 807 F.Supp. 1202 (D.Md.1992).

*AFFIRMED.*